# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160438(49)(50)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHNNIE LEE BROWN, III,
        Defendant-Appellant.
_____/

SC: 160438
COA: 343237
Muskegon CC: 17-002316-FC

      On order of the Chief Justice, the motions of defendant-appellant to add issues and to extend the time for filing the supplemental application for leave to appeal are GRANTED. The supplemental application will be accepted for filing if submitted on or before December 23, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk